**William SMITH; Gregory Thomas; Hugh Williams; Gary Kretchmar, Appellants,**

v.

**COMMONWEALTH of Pennsylvania; Edward G. Rendell, In his Official Capacity as Governor of the Commonwealth of Pennsylvania; Tom Corbett, Attorney General of the Commonwealth of Pennsylvania; Pennsylvania Board of Pardons, Appellees.**

Supreme Court of Pennsylvania.

March 24, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is affirmed.